In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of LAURA ASTOR DELANO, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; ARTHUR ASTOR CAREY, Respondent.

(Submitted December 14, 1903; decided December 18, 1903.)

Motion for reargument denied, with ten dollars costs. (See 176 N. Y. 486.)

---

In the Matter of CORNELIUS J. EARLEY, Appellant, v. ALEXANDER McKINNY, as Receiver of LAWRENCE V. MULRY.

LUCY MULRY, Respondent.

*Matter of Earley*, 84 App. Div. 642, appeal dismissed.
(Submitted October 9, 1903; decided January 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 29, 1903, which affirmed an order of Special Term denying a motion for an order requiring Alexander McKinny, as receiver of Lawrence V. Mulry, to pay to the petitioner the amount of a judgment recovered by him against the said Lawrence V. Mulry.

*Thomas J. O'Neill* and *Cornelius J. Earley* for appellant.

*William L. Snyder* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.    Absent: PARKER, Ch. J.